FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JAN 28  P 2:53
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAREEF COUSIN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0069** |
| **ANTHONY SMALL, ET AL** | * | **SECTION "R"** |
| * * * * * * * * | | **MAGISTRATE: 2** |

### MOTION AND ORDER FOR ENLARGEMENT OF TIME
### TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come defendants, City of New Orleans, Anthony Small, Dwight Deal, Patrick Jones and Richard Pennington, who move the Court for an extension of time of twenty (20) days within which to plead. For reason that counsel has only recently been retained and additional time is required to conduct an investigation and prepare responsive pleadings. No other extension have been granted and no opposition has been filed in the record.

DATE OF ENTRY FEB - 8 2000

Respectfully submitted,

/s/ Albert A. Thibodeaux

ALBERT A. THIBODEAUX, # 24895
Assistant City Attorney
1300 Perdido Street, Room 5E03
New Orleans, LA 70112
(504) 565-6200

JOSEPH V. DIROSA, JR., #4959
Deputy City Attorney

FRANZ L. ZIBILICH, #14914
Chief Deputy City Attorney

MAVIS S. EARLY, # 1343
City Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAREEF COUSIN** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0069 |
| **ANTHONY SMALL, ET AL** | * | SECTION "R" |
| * * * * * * * * | | MAGISTRATE: 2 |

### ORDER

IT IS ORDERED BY THE COURT, that the defendants herein, City of New Orleans, Anthony Small, Dwight Deal, Patrick Jones and Richard Pennington, be allowed an additional twenty (20) days ~~or until the ___ day of _____, 2000,~~ to file responsive pleadings in this matter.

NEW ORLEANS, LOUISIANA, this 4th day of February, 2000.

_____
U. S. DISTRICT JUDGE

### CERTIFICATE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 28th day of January, 2000.

_____
Albert A. Thibodeaux
Assistant City Attorney