

MINUTE ENTRY
VANCE, J.
April 12, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**The following cases were set before the Court on a call of the docket. The matters have been disposed of as indicated below:**

98-2312    LEWIS HARRIS VS. ADVANCE TRANSFORMER COMPANY, ET AL
           No answer or default judgment as to the defendant, Sim Kar Lighting Fixture
           Co., Inc.
           ORDERED: DOCKET SATISFIED, ANSWER FILED.

99-1182    ROSS JUDY VS. HAROLD J. TREADAWAY, JR., ET AL
           No answer or default judgment as to the third party defendant, Jimmie Buckley.
           ORDERED: DEFENDANT, JIMMIE BUCKLEY, IS HEREBY DISMISSED
           FOR FAILURE TO PROSECUTE.

99-2722    PERFORADORA CENTRAL, S.A., DE C.V. VS. M/V ROSIE, ET AL
           No answer of default judgment as to the defendants, South Pacific Fishing
           Investment Co., Ltd, Nautica Saltamar, S.A. de C.V. and Cotemar S.A. de
           C.V.
           ORDERED: DOCKET PASSED 30 DAYS AS TO THE DEFENDANT,
           SOUTH PACIFIC FISHING INVESTMENT CO., LTD, AND PASSED 90
           DAYS AS TO THE DEFENDANTS, NAUTICA SALTAMAR AND
           COTEMAR.

99-2747    HARRIS MARSHALL VS. P.R. CONTRACTORS, INC., ET AL
           No answer of default judgment as to the defendant, P.R. Contractor, Inc.
           ORDERED: EXTENSION OF TIME TO FILE AN ANSWER GRANTED.

99-2809    JOHN SEAL, ET AL VS. FAB-CON, INC., ET AL
           No answer of default judgment as to the defendant, Meadowcrest Hospital.

DATE OF ENTRY
APR 1 3 2000



                ORDERED: DOCKET PASSED 30 DAYS TO ALLOW COUNSEL AN OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, MEADOWCREST HOSPITAL, WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

99-2842       GWEN GIBSON VS. DELTA QUEEN STEAMBOAT CO.
No answer of default judgment as to the defendant, Delta Queen Steamboat Co.
ORDERED: DOCKET SATISFIED, MOTION FOR SUMMARY JUDGMENT GRANTED AS UNOPPOSED.

99-3162       CRAMER PRODUCTS, INC., ET AL VS. SEACARGO INTERNATIONAL, ET AL
No answer of default judgment as to the defendants, Cetex International, Transports Carpentier Normandie, Sabrina Shipping Ltd, Partrederiet MSC Sabrina, Mediterranean Shipping Co., Compania Naviera Sabrina, Polish Ocean Lines, and Gdynia American Line, Inc.
ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE ANSWERS OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANTS WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

99-3586       DENNIS BENNETT VS. CHEMICAL LEAMAN TANKLINES, ET AL
No answer of default judgment as to the defendant, Van Camp Trailers and Body, Inc.
ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, VAN CAMP TRAILERS AND BODY, INC., WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

99-3634       ALPHONSE GRAFFIA, III VS. SERAFIN TOPIC, ET AL
No answer of default judgment as to the defendants, Serafin Topic, Termar Navigation Co., Inc. Marfin Management S.A.M., Blue Water Shipping, Inc. and Western Cumberland Carriers, Inc.
ORDERED: MOTION TO CONTINUE THE CALL DOCKET UNTIL MAY 10, 2000 WAS GRANTED.

99-3670       CARGILL FERROUS INTERNATIONAL VS. M/V ARMIA LUDOWA, ET AL
No answer of default judgment as to the defendants Polish Steamship Co., Starlib Liberia Ltd, Zegluga Polska S.A. Szczecin, and Polish Ocean Tramp Ltd.
ORDERED: DOCKET SATIFIED, ANSWERS FILED.

99-3682    DANIEL CHARPENTIER, ET AL VS. JAMES J. WALLACE, ET AL
No answer of default judgment as to the defendant, James J. Wallace.
ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, JAMES WALLACE, WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

99-3707    JOHN P. GONZALEZ, ET AL VS. GEICO, ET AL
No answer of default judgment as to the defendant, Prudential Property and Casualty Co.
ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, PRUDENTIAL PROPERTY AND CASUALTY CO., WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

00-69    SHAREEF COUSIN VS. ANTHONY SMALL, ET AL
No answer of default judgment as to the defendants, Byron Berry, Roger Jordan, Greg Kennedy, and Harry Connick.
ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, BYRON BERRY, ROGER JORDAN, GREG KENNEDY, AND HARRY CONNICK, WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

00-272    DONGKUK INTERNATIONAL, INC., ET AL VS. COASTAL CARGO CO., INC., ET AL
No answer of default judgment as to the defendant, Midwest Marine Management Co.
ORDERED: DOCKET SATISFIED, ANSWER FILED.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE