

MINUTE ENTRY
VANCE, J.
JUNE 21, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED:

**99-2722**   PERFORADORA CENTERAL, SA de CV vs. M/V ROSIE, ET AL
No answer or default judgment as to the defendants, Nautica Saltamar SA de CV, and Cotemar SA de CV.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

**99-3586**   DENNIS BENNETT VS. CHEMICAL LEMAN TANKLINES, INC., ET AL
No answer or default judgment as to the defendant, Van Camp Trailers and Body Inc.
ORDERED that the call docket is satisfied.

**99-3634**   ALPHONSE GRAFFIA, III, ET AL VS. SERAFIN TOPIC, ET AL
No answer or default judgment as to the defendants, Marfin Management S.A.M., Western Cumberland Carriers, Inc., Blue Water Shipping Co., and Blue Water Shipping Services, Inc.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

**00-69**   SHAREEF COUSIN VS. ANTHONY SMALL
No answer or default judgment as to the defendants, Byron Berry, Roger Jordan, Greg Kennedy, and Harry Connick
ORDERED case passed 30 days.

DATE OF ENTRY
JUN 22 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

| | |
|---|---|
| 00-354 | **ASBESTOS WORKERS LOCAL 53 HEALTH & WELFARE FUND VS. CALVIN ARENA**<br>No answer or default judgment as to the defendant, Calvin Arena.<br>ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute. |
| 00-394 | **BANK OF AMERICA NA VS. MISS JUDY, ET AL**<br>No answer or default judgment as to the defendants, Eldridge K. Arrington, Jr. and Judy L. Arrington.<br>ORDERED that the call docket is satisfied. |
| 00-509 | **HERB TANNER SNOW VS. WEEKS MARINE, ET AL**<br>No answer or default judgment as to the defendant, Weeks Marine.<br>ORDERED that the call docket is satisfied. |
| 00-541 | **EDWARD BAHWELL VS. STANLEY-BOSTITCH, INC., ET AL**<br>No answer or default judgment as to the defendant, Gary Durall.<br>ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute. |
| 00-544 | **RIVERFRONT GARDEN DISTRICT ASSOCIATION, INC., VS. USA, ET AL**<br>No answer or default judgment as to the defendants, City of New Orleans and Clifford Scineaux.<br>ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute. |
| 00-629 | **THOMAS E. JOHNSON VS. LAWSON & LAWSON TOWING CO INC.**<br>No answer or default judgment as to the defendant, Lawson & Lawson Towing Co., Inc.<br>ORDERED that the call docket is satisfied. |

00-750  GREGORY T. JOHNSTON VS. JEFFERSON-PILOT LIFE INS CO., ET AL
No answer or default judgment as to the defendants, Jefferson Pilot Life Insurance Co., Island Operating Company Inc. Long Term Disability Benefit Plan, and Island Operating Company, Inc.
ORDERED that the call docket is satisfied.

00-755  USA VS. EURO-AMERICA SHIPPING & TRADE, INC., ET AL
No answer or default judgment as to the defendant, Euro-America Shipping & Trade, Inc.
ORDERED that this matter is passed 30 days to allow counsel the opportunity to take the appropriate action or this matter will be dismissed for failure to prosecute.

_____/s/ Sarah Vance_____
SARAH S. VANCE
UNITED STATE DISTRICT JUDGE