IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 15 PM 4:44
DEC 15 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SHAREEF COUSIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 00-00069 |
| | ) Section R, Mag. 2 |
| ANTHONY SMALL, DWIGHT DEAL and | ) |
| PATRICK JOHNSON, NOPD Officers, | ) |
| along with BYRON BERRY, also | ) |
| ROGER JORDAN & GREG KENNEDY, | ) |
| individually and in their | ) CIVIL RIGHTS under 42 U.S.C. |
| capacities as senior Assistant | ) §§ 1983, 1985, 1986 & 1988 |
| District Attorneys, | ) |
| HARRY CONNICK, individually and | ) |
| in his capacity as District | ) |
| Attorney for Orleans Parish, | ) |
| RICHARD PENNINGTON, in his | ) |
| capacity as Superintendent, New | ) |
| Orleans Police Department, the | ) |
| CITY OF NEW ORLEANS, & JOHN DOE, | ) |
| an unknown Officer of the New | ) |
| Orleans Police Department, | ) JURY TRIAL |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE NOTICE ON THE EXPERTS**

COMES NOW THE PLAINTIFF, by undersigned counsel, and respectfully requests this Honorable Court, for an *Enlargement of Time to File Notice on the Experts*, for reasons asserted herein:

1. Discovery in this matter has not yet been completed.

2. Due to the lack of discovery, counsel is seriously disadvantaged and severely handicapped in his preparation, as this case involves extensive documentary evidence.

3. It is extremely important and necessary for counsel to

DATE OF ENTRY
DEC 20 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.

obtain and review discovery prior to sending out Notice on the Experts.

4. It is imperative that counsel have sufficient discovery prior to sending notices to experts, that which cannot be accomplished but for incomplete discovery.

5. Counsel's *Motion for Enlargement of Time to File Notice on the Experts* is requested in full compliance with Federal Rules of Civil Procedure, Rule 6(b), such that this request is made with cause before the expiration of the period originally set by this Honorable Court.

6. Counsel's *Motion for Enlargement of Time to File Notice on the Experts* is also in full compliance with the order of this Honorable Court dated August 31, 2000, such that the request is timely filed in compliance with the Plan and Local Rules, and for good cause reasons asserted previously.

7. No other extensions have been requested by counsel.

8. Counsel has made reasonable efforts to contact defendant's counsels, with respect to ascertaining whether counsels would oppose the foregoing motion. However, due to the unavailability of opposing counsels, efforts to secure a response from defendant's counsels were unsuccessful.

WHEREFORE, PLAINTIFF respectfully requests that t*he Motion for Enlargement of Time to File Notice on the Experts* be granted and the time for filing Notice on the Experts be Extended to some other date that is convenient for this Court.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that I have this day served a copy of this document upon counsel for the defendants at the following address:

Bill Wessell
127 Camp Street
New Orleans, La. 70130

Albert Thibodeuax
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

Done this 15th day of December, 2000.

CLIVE A. STAFFORD SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY SMALL, DWIGHT DEAL and PATRICK JOHNSON, NOPD Officers, along with BYRON BERRY, also ROGER JORDAN & GREG KENNEDY, individually and in their capacities as senior Assistant District Attorneys, HARRY CONNICK, individually and in his capacity as District Attorney for Orleans Parish, RICHARD PENNINGTON, in his capacity as Superintendent, New Orleans Police Department, the CITY OF NEW ORLEANS, & JOHN DOE, an unknown Officer of the New Orleans Police Department,<br><br>    Defendants. | Civil No. 00-00069<br>Section R, Mag. 2<br><br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988<br><br><br><br><br><br><br>*JURY TRIAL* |

**ORDER**

On Plaintiff's **MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE ON THE EXPERTS,** the Court finds that Plaintiff has not demonstrated good cause for enlargement of time.

It is hereby ordered that the Motion is **DENIED** and the time for filing notice on the experts SHALL NOT BE extended.

_____
United States District Judge

December 20, 2000