FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 16 PM 3:50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION |
| -versus- | * | NO. 00-0069 |
| ANTHONY SMALL, ET AL | * | SECTION "R" {2} |

\* \* \* \* \* \* \* \*

### DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come defendants, Anthony Small, et al, who submit the following list of witnesses and exhibits for the trial in the above captioned matter.

### WITNESS LIST

DEFENDANTS WILL OR MAY CALL

1. Detective Anthony R. Small

2. Detective Dwight Deal

3. Sgt. Patrick Jones

4. Chief Richard J. Pennington

5. Byron Berry

6. Roger Jordan

1

7. Greg Kennedy

8. Connie Babin

9. Alphonso Larkins

10. William Tierney

11. Detective Michael Mims

12. Detective Pete Bowen

13. Richard C. Rochester, II

14. Nicole Longchamp

15. Detective Archie Kaufman

16. Detective Eric Hessler

17. Karina Sanchez

18. Tina Floreskul

19. Gita Pinto

20. Detective Anthony Caperera

21. Detective Norbert Zenon

22. James Tanner

23. Salvador Gerardi

24. Dianne Gerardi

25. James Price

26. Officer Chad Stokes

27. Sgt. Charles Robert

28. The Records' Custodian or a representative thereof, from the Orleans Parish Criminal

2

Court Clerk's Office.

29. Any and all witnesses listed and/or called by any other party.

30. Defendants reserve their right to amend and/or supplement their witness list as the litigation progresses.

## **EXHIBIT LIST**

DEFENDANTS WILL OR MAY USE THE FOLLOWING EXHIBITS AT THE TRIAL IN THE ABOVE CAPTIONED MATTER.

1. Any and all records generated under Item No. C-3503-95

2. Any and all documents, records and/or other tangible things which were filed into the record, marked for identification and/or introduced into evidence during any hearing(s) and/or trial(s) of any and all criminal prosecutions brought against Shareef Cousin by the State of Louisiana.

3. Shareef Cousin's Motion Arrest history.

4. Any and/all documents from the Orleans Parish Criminal Sheriff's Office regarding the arrest, booking, incarceration and release of Shareef Cousin for the murder of Alfred Michael Gerardi on or about March 2, 1995.

5. Any exhibit listed or used at trial by any other party.

6. Any documents and/or other tangible things obtained, referred to and/or identified during discovery, by any party in the above captioned lawsuit.

7. Defendants reserve the right to amend and/or supplement its exhibit list as the litigation progresses.

Respectfully submitted,

*/s/ A. Thibodeaux*

ALBERT A. THIBODEAUX, 24895
ASSISTANT CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - 5E034
NEW ORLEANS, LOUISIANA 70112
(504) 565-6200

JOSEPH V. DIROSA
DEPUTY CITY ATTORNEY

FRANZ L. ZIBILICH
CHIEF DEPUTY CITY ATTORNEY

MAVIS S. EARLY
CITY ATTORNEY

### CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOREGOING PLEADING HAS BEEN SERVED ON ALL COUNSEL OF RECORD BY PLACING SAME IN THE U.S. MAIL THIS 16th DAY OF January, 2001.

*/s/ A. Thibodeaux*

4