```
                                                    FILED
                                             U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                            2001 JAN 16 PM 4:37

                                              LORETTA G. WHYTE
                                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION # 00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS', CONNICK, BERRY, JORDAN AND KENNEDY, WITNESS LIST AND EXIBIT LIST

NOW INTO COURT, comes the defendants, Connick, Berry, Jordan and Kennedy who submit the following Witness List and Exhibit List:

WITNESS LIST:
1. James Rowell;
2. Any Defendant;
3. Don De Gabrielle;
4. Alphonso Larkins;
5. Connie Babin;
6. Police Officers who are to be identified in discovery by the plaintiff as having furnished reports and other information to the defendant and his counsel;
7. Kern Reese, Esq.;
8. Judge Roland Belsome;
9. Beryl McSmith, Esq.;
10. Timothy McElroy, Esq.;
11. Judge Camille Buras;
12. Val Solino, Esq;



13. Ike Spears, Esq. (Second Trial on record);
14. Reginald Laurent, Esq.;
15. Nicole Longchamp;
16. Bruce Glaudi;
17. Charlie Loescher;
18. Yolanda Rowell;
19. Willard Hill, Esq.;
20. Michael Bollman, Esq.;
21. Jack Peebles, Esq.;
22. George Simmo; and,
23. Investigator who escorted alibi witnesses at trial.

EXHIBIT LIST

1. Contents of Prosecutors' file, Case No. 375 893, Criminal District Court, State v. Cousin;

2. Minute Entries, Case No. 376 479 (14:30);

3. Minute Entries, Case NO. 377-134, 375 893, Criminal District Court, State v. Cousin (14:64);

4. Excerpts of Policy Manual Section 5.25 of the District Attorney's Office as to "Brady"/Discovery, 1987-2000; and 5.17 as to Trial Preparation;

5. Initial Police Incident Report arising out of the arrest of Cousin in Case No. 376-479, Criminal District Court;

6. Notice to Appear Form No. J-28- Office of District Attorney; and,

7. Statement of Connie Babin given on March 5, 1995.

Respectfully Submitted,
**WESSEL & ASSOCIATES**
**A LAW CORPORATION**

*Victoria L. Bartels*

WILLIAM F. WESSEL (#8551)
VICTORIA L. BARTELS (#2791)
127 Camp Street
New Orleans, Louisiana 70130
Telephone (504) 568-1112
Attorneys for the Defendants, Connick, Berry, Jordan and Kennedy

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for the plaintiff by hand and to counsel for all other parties by mailing same to each by United States Mail, properly addressed and postage prepaid this 16th day of January, 2001.

Victoria S. Bartels