FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 PM 2: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 00-0069 |
| | )   Section R Mag. 2 |
| ANTHONY SMALL, DWIGHT DEAL and | )   CIVIL RIGHTS under 42 U.S.C. |
| PATRICK JOHNSON, NOPD Officers, | )   §§ 1983, 1985, 1986 & 1988 |
| along with BYRON BERRY, also | ) |
| ROGER JORDAN & GREG KENNEDY, | ) |
| individually and in their | ) |
| capacities as senior Assistant | ) |
| District Attorneys, | ) |
| HARRY CONNICK, individually and | ) |
| in his capacity as District | ) |
| Attorney for Orleans Parish, | ) |
| RICHARD PENNINGTON, in his | ) |
| capacity as Superintendent, New | ) |
| Orleans Police Department, the | ) |
| CITY OF NEW ORLEANS, & JOHN DOE, | ) |
| an unknown Officer of the New | ) |
| Orleans Police Department, | )   *JURY TRIAL* |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S MOTION TO DELAY DISPOSITION OF *"MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT* FILED BY DEFENDANTS CONNICK, KENNEDY, BERRY AND JORDAN" OR, IN THE ALTERNATIVE, TO DENY THE MOTION

COMES NOW, the Plaintiff, and moves that this Court delay the consideration of the

Defendants[1] motion to dismiss, or for summary judgment, pending additional discovery or, in the

---

[1] In this pleading, the "Defendants" refer only to Defendants Connick, Kennedy, Berry and Jordan, present or former prosecutors with the Office of the District Attorney.

DATE OF ENTRY
FEB 1 2001

1

alternative, to deny the motion:

    1. In their memorandum, the Defendants argue:

> Rule 56(c) provides for the granting of summary judgment if "pleadings, *depositions, answers to interrogatories*, and admissions on file, together with affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.

*Defendants' Memorandum, at 8* (emphasis supplied).

    2. For the reasons set forth in the *Memorandum* filed with this motion, discovery is essential before any sensible discourse may really take place on the Defendants' *Motion to Dismiss*.

    3. As set forth in *Plaintiff's Motion For Permission to File Belated Response to The "Motion to Dismiss or Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy, Berry And Jordan"*, equitable reasons militate in favor of allowing additional time in which to complete the most significant aspects of discovery prior to a ruling on the motion to dismiss.

    4. The most significant depositions will, if conducted on the current schedule, be completed by February 7, 2001. Thus, it will not cause much delay in the disposition of these matters (and none with respect to the trial date) if a brief extension were allowed, to February 14, 2001, in which to file memoranda and discovery materials on this issue.

    5. Alternatively, for the reasons set forth in the accompanying *Memorandum*, the *Motion to Dismiss* should be denied.

## CONCLUSION

Wherefore, Plaintiff respectfully moves that the issue of summary judgment and the Defendants' motion to dismiss either be denied, or be withheld until such time as there has been adequate factual development.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 29th day of January, 2001.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN, )
        Plaintiff, )
)
v. ) Civil No. 00-0069
) Section R Mag. 2
ANTHONY SMALL, *et al.* ) CIVIL RIGHTS under 42 U.S.C.
) §§ 1983, 1985, 1986 & 1988
        Defendants. )
_____)

## ORDER

On *Plaintiff's Motion to Delay Disposition of "Motion to Dismiss or Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy, Berry and Jordan" Or, in The Alternative, to Deny The Motion*, being duly apprised of the premises, it is hereby ORDERED that the motion be GRANTED, and the parties are allowed until February 14, 2001, in which to file additional materials on this issue.

Done this 1 day of February, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY SMALL, DWIGHT DEAL and )<br>PATRICK JOHNSON, NOPD Officers, )<br>along with BYRON BERRY, also )<br>ROGER JORDAN & GREG KENNEDY, )<br>individually and in their )<br>capacities as senior Assistant )<br>District Attorneys, )<br>HARRY CONNICK, individually and )<br>in his capacity as District )<br>Attorney for Orleans Parish, )<br>RICHARD PENNINGTON, in his )<br>capacity as Superintendent, New )<br>Orleans Police Department, the )<br>CITY OF NEW ORLEANS, & JOHN DOE, )<br>an unknown Officer of the New )<br>Orleans Police Department, )<br>)<br>Defendants. )<br>) | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION TO DELAY DISPOSITION
OF "*MOTION TO DISMISS OR ALTERNATIVELY FOR
SUMMARY JUDGMENT* FILED BY DEFENDANTS
CONNICK, KENNEDY, BERRY AND JORDAN" OR, IN
THE ALTERNATIVE, TO DENY THE MOTION**

COMES NOW, the Plaintiff, respectfully refers this Court to the *Memorandum* filed with

1

respect to both this motion and the related motion,[1] both of which related issues are covered by the same memorandum of law. See *Plaintiff's Memorandum in Reply to The Motion to Dismiss or Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy, Berry And Jordan* (filed Jan. 29, 2001).

Respectfully Submitted,

_____
CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 29th day of January, 2001.

_____

---

[1] See *Plaintiff's Motion For Permission to File Belated Response to The "Motion to Dismiss or Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy, Berry And Jordan"* (filed January 29, 2001).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANTHONY SMALL, DWIGHT DEAL and  )<br> PATRICK JOHNSON, NOPD Officers,  )<br> along with BYRON BERRY, also  )<br> ROGER JORDAN & GREG KENNEDY,  )<br> individually and in their  )<br> capacities as senior Assistant  )<br> District Attorneys,  )<br> HARRY CONNICK, individually and  )<br> in his capacity as District  )<br> Attorney for Orleans Parish,  )<br> RICHARD PENNINGTON, in his  )<br> capacity as Superintendent, New  )<br> Orleans Police Department, the  )<br> CITY OF NEW ORLEANS, & JOHN DOE,  )<br> an unknown Officer of the New  )<br> Orleans Police Department,  )<br>  )<br>    Defendants.  )<br>_____ ) | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988<br><br>*Orig.*<br><br><br>*JURY TRIAL* |

To:  William F. Wessel
   127 Camp Street
   New Orleans, La. 70130-2507

   George Wallace
   Office of the City Attorney
   1300 Perdido Street, 5th Floor East
   New Orleans, La. 70112

### NOTICE OF HEARING

  Please take note that the *Plaintiff's Motion For Permission to File Belated Response to The*

*"Motion to Dismiss or Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy,*

*Berry And Jordan"*, the *Plaintiff's Motion to Delay Disposition of "Motion to Dismiss or*

1

*Alternatively For Summary Judgment Filed by Defendants Connick, Kennedy, Berry and Jordan" Or, in The Alternative, to Deny The Motion*, and *Plaintiff's Motion for Permission to File Belated Witness And Exhibit List* are hereby set for a hearing on the 14th day of February, 2001, at 10am o'clock.

>                             Respectfully Submitted,
> 
>                             CLIVE A. STAFFORD SMITH
>                             La. Bar No. 14444
>                             636 Baronne Street
>                             New Orleans, La. 70113
>                             (504) 558-9867
> 
>                             Attorney for the Plaintiff

### Certificate of Service

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 29th day of January, 2001.