UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 PM 2: 49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SHAREEF COUSIN, | ) |
|  Plaintiff, | ) |
| v. | ) Civil No. 00-0069 |
|  | ) Section R Mag. 2 |
| ANTHONY SMALL, *et al.* | ) CIVIL RIGHTS under 42 U.S.C. |
|  | ) §§ 1983, 1985, 1986 & 1988 |
|  Defendants. | ) |

### NOTICE OF DISMISSAL AS TO GREG KENNEDY

COMES NOW, Shareef Cousin, Plaintiff in this case, and gives notice that he voluntarily dismisses Greg Kennedy as a defendant in this case.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorneys for the Plaintiff



1

## Certificate of Service

  I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

  Done this 29th day of January, 2001.