*unsigned Jury*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 PM 2: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN<br>　　　Plaintiff | * | CIVIL ACTION #00-0069 |
| versus | * | SECTION "R" /MAG. 2 |
| ANTHONY SMALL, et al<br>　　　Defendants | * | JURY TRIAL |

## MOTION OF DA-DEFENDANTS FOR ORAL ARGUMENT

NOW INTO COURT, comes the DA-Defendants, Connick, Berry, Jordan and Kennedy who move for permission to orally argue the Motion to Dismiss, alternatively, for Summary Judgment, filed on their behalf in the event that the court is going to permit any late filing of a Response to the Motion by the plaintiff. The record reflects that no opposing Memorandum or Affidavits has been filed by the plaintiff to the defendants Motion as of the close of business on January 24, 2001. However, counsel for the DA-Defendants are concerned that if a late filing is sought by the plaintiff that the defendants will not have the time to provide a written rebuttal and therefore suggest that oral argument would be appropriate to address any issues raised by the plaintiff.

Fee_____
Process___
X Dktd___
CtRmDep___
Doc.No.___

Respectfully submitted,
**WESSEL & ASSOCIATES
A LAW CORPORATION**

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for DA-Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this 25 day of January, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Consider the foregoing,

IT IS ORDERED, that oral argument on January 31, 2001 at _____ a.m. be permitted for the District Attorney Defendants in connection with their Motion to Dismiss or alternatively for Summary Judgment.

_____
District Judge