UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 PM 1:23

LORETTA G. WHYTE
CLERK

SHAREEF COUSIN,                              )
                                             )
                Plaintiff,                   )
                                             )
v.                                           )   Civil No. 00-0069
                                             )   Section R Mag. 2
ANTHONY SMALL, DWIGHT DEAL and                )   CIVIL RIGHTS under 42 U.S.C.
  PATRICK JOHNSON, NOPD Officers,            )   §§ 1983, 1985, 1986 & 1988
  along with BYRON BERRY, also               )
  ROGER JORDAN & GREG KENNEDY,               )
  individually and in their                  )
  capacities as senior Assistant             )
  District Attorneys,                        )
  HARRY CONNICK, individually and            )
  in his capacity as District                )
  Attorney for Orleans Parish,               )
  RICHARD PENNINGTON, in his                 )
  capacity as Superintendent, New            )
  Orleans Police Department, the             )
  CITY OF NEW ORLEANS, & JOHN DOE,           )
  an unknown Officer of the New              )
  Orleans Police Department,                 )   *JURY TRIAL*
                                             )
                Defendants.                  )
                                             )

### PLAINTIFF'S MOTION FOR PERMISSION TO
### FILE BELATED WITNESS AND EXHIBIT LIST

COMES NOW, the Plaintiff, and moves that this Court permit the filing of a belated witness and exhibit list in this case.[1]

1. Plaintiff had mis-calendared the deadline for filing the list of witnesses and exhibits, set

---

[1] Counsel has consulted with counsel for the prosecutor defendants, who does not consent to this motion, but counsel for the police officer defendants has no objection.

1

DATE OF ENTRY
JAN 3 1 2001

by this Court's pre-trial minute order of August 31, 2000. Calculation places that deadline at January 16, 2001.

2. The prosecutor defendants filed a limited list of witnesses and exhibits on January 16, 2001.

3. Undersigned counsel has been diligently working on responses to the Interrogatories filed by all defendants, which request the information that is required to be provided in this notice.[2] These were filed by the prosecutor defendants on January 4, 2001 and by the police officer defendants on January 12, 2001. The responses are therefore not yet due.

4. It is clearly appropriate to allow belated filing of this information. See, e.g., Poulis v. State Farm, 747 F.2d 863, 866 (3d Cir. 1984) (noting under far more extreme circumstances that "[i]f discovery is reopened . . . there would be no need to utilize the *somewhat harsh remedy* of limiting or restricting plaintiffs' witnesses at trial.") (emphasis in original).

5. The witness list and exhibits list will be filed by January 31, 2001. It cannot be completed today because counsel has been completing all the other pleadings filed today, and there is an extensive deposition of Anthony Small set for 1 p.m.

6. The filing of this list belatedly will not delay the trial date.

---

[2] Indeed, because the information will be necessary in response to the interrogatories anyway, Plaintiff is providing more information (a summary of the witness' relevance) with the notice.

## CONCLUSION

Wherefore, Plaintiff respectfully moves that the he be permitted to file the list of witnesses and exhibits by January 31, 2001.

Respectfully Submitted,

*[signature]*

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 29th day of January, 2001.

*[signature]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 00-0069 |
| | ) | Section R Mag. 2 |
| ANTHONY SMALL, *et al.* | ) | CIVIL RIGHTS under 42 U.S.C. |
| | ) | §§ 1983, 1985, 1986 & 1988 |
|       Defendants. | ) | |
| | ) | |

## ORDER

On *Plaintiff's Motion for Permission to File Belated Witness And Exhibit List*, being duly apprised of the premises, it is hereby ORDERED that the motion be GRANTED.

Done this 30 day of January, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT