FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 30 PM 4:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION 00-0069 |
| Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, ET AL | * | JURY TRIAL |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT DISTICT ATTORNEY'S OBJECTION AND OPPOSITION
TO PLAINTIFF'S MOTION FOR PERMISSION
TO FILE BELATED WITNESS AND EXHIBIT LIST**

Suffice it, to say the plaintiffs have missed every significant cut off date in this case. Plaintiff had filed an originally Motion to Delay the designation of an expert and furnish a report, which was denied.

Plaintiff has not timely filed an Opposition to the Motion to Dismiss or Summary Judgment and has failed to designate the witnesses and exhibits that he intends to use in spite of the fact that the defendants' witness and exhibit list has been provided to the plaintiff since January 16, 2001. Plaintiff has additionally received Interrogatories on January 4, 2001 from the DA-Defendants, which should have clearly put the plaintiff on notice about the deadline. Furthermore, on January 5, 2001 the defendant prosecutors put plaintiff on notice of a proposed Rule 11Motion for Sanctions as to Greg Kennedy, if

Fee_____
Process____
X Dktd_____
____CtRmDep____
Doc.No._____

he were not dismissed. The record reflects that the plaintiff filed a Motion to Dismiss, Greg Kennedy on January 29, 2001, certainly indicating that the plaintiff was aware of the twenty-one days waiting period required by Rule 11.

Finally, the very fact of noticing the proposed motions for permission to file belated response to the Motion of Summary Judgment and the Motion to File Belated Witness and Exhibit list are likewise in violation of the minute entry of this court issued August 31, 2000, at which time a conference was held in which a telephone conference was held in which plaintiff is counsel participated. Additionally, the discovery is scheduled to end on February 13, 2001. Depending on the number of witnesses that plaintiff identifies, it will be virtually impossible to schedule depositions.

For the foregoing reasons, the District Attorney Defendants object to and oppose the motion to file a proposed witness and exhibit list after the deadline.

Respectfully submitted,

WESSEL & ASSOCIATES
A LAW CORPORATION

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for DA-Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this 29 day of January 2001.

_____