FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 31 PM 2: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN,       )
                      )
       Plaintiff,     )
                      )
v.                    )   Civil No. 00-0069
                      )   Section R Mag. 2
ANTHONY SMALL, DWIGHT DEAL and )   CIVIL RIGHTS under 42 U.S.C.
PATRICK JOHNSON, NOPD Officers, )   §§ 1983, 1985, 1986 & 1988
along with BYRON BERRY, also )
ROGER JORDAN & GREG KENNEDY, )
individually and in their )
capacities as senior Assistant )
District Attorneys, )
HARRY CONNICK, individually and )
in his capacity as District )
Attorney for Orleans Parish, )
RICHARD PENNINGTON, in his )
capacity as Superintendent, New )
Orleans Police Department, the )
CITY OF NEW ORLEANS, & JOHN DOE, )
an unknown Officer of the New )
Orleans Police Department, )   *JURY TRIAL*
                      )
       Defendants.    )
                      )

To:   William F. Wessel
      127 Camp Street
      New Orleans, La. 70130-2507

      George Wallace
      Office of the City Attorney
      1300 Perdido Street, 5th Floor East
      New Orleans, La. 70112

### NOTICE OF WITNESSES & TRIAL EXHIBITS

Please take note that the Plaintiff intends to call some or all of the following witnesses at the trial of this matter:

1

___Fee_____
___Process____
_X_Dktd_____
___CtRmDep___
Doc.No.__35__

## Witnesses likely to be called

The following witnesses are likely to be called by the Plaintiff in this case.

Any Defendant.

Any witness listed by any Defendant.

The Plaintiff.

Connie Babin-Barrois
825 Marlene Drive
Gretna, LA
394-8211

    Victim's date; principle ID witness.

Hon. Roland Belsome
Civil District Court
New Orleans, La.

    Trial co-counsel for Plaintiff in 1996.

Wayne T. Cooks
House of Detention, 10th FL.
3000 Perdido
NOLA 70119

    State witness who claims he was set up to testify against Shareef Cousin by Roger Jordan on false information.

Michael Doss
5323 N. Villere
NOLA
945-2393

    Alibi witness. He was taken to DA's office during trial.

Ray Douglas, Jr.
6941 Salem Drive
NOLA 70127
504/241-3000

    Alibi witness. DA called and they spoke twice. Both times said game ended an hour after 9:30.

Rene Douglas
6941 Salem Drive
NOLA 70127
504/241-3000

    Alibi witness. Same as Ray Douglas.

Raymond Goodwill
c/o NORD
2400 Canal St.
826-1783 (w)

    Game alibi witness. State recorded a statement from him. Article 66 subpoena witness.

Stan Haddon
F.B.I.
New Orleans, La.

    Involved in the investigation of Det. Small's alleged corruption. Has made various statements in this regard to other witnesses.

Willard Hill
Baronne Street
NOLA 70113

    Trial counsel for Shareef Cousin at the first trial.

Don Mathieu, Jr.
2723 Robinson Street
NOLA
949-4437 or 3549

    Game alibi witness. Prosecutorial misconduct, new evidence witness at Motion for New Trial.

Rebecca (Tekin) Robinson
1617 4th Street
NOLA
504/899-4226

    She, her ex-husband, brother and two friends saw perpetrators outside Port of Call. Cannot identify them but was certain Shareef Cousin wasn't one of them.

James Rowel

Louisiana State Penitentiary
Angola, La. 70712

    Testified at trial and recanted earlier statement implicating Plaintiff, saying that Roger Jordan put him up to it.

Regina Small
3826 Delachaise
NOLA 70125

    Tony Small's ex-wife.

James Oley Smith
1654 N. Claiborne Ave.
NOLA 70116
504/943-3594

    Alibi witness. On defense list as prosecutorial misconduct witness for motion for new trial.

Sheila Smith
1654 N. Claiborne Ave.
NOLA
504/943-3594

    Mother of James Oley Smith.

William Tierney
RR 1
Saco, Maine 04072-9801

    Pushed by Det. Small to make identification. Refused to do so, and because of the pressure, ceased to cooperate with the police.

Maida Torres
940 Orleans, #3
NOLA 70116
523-0310

    Friend of William Tierney. William couldn't have seen the shooting because he was with her that night.

Jonathan D. Webb
726 Marigny St.
NOLA

947-1613

    Lived at 915 Barracks Street at time of Gerardi murder  Heard shot at 10:24 pm.  Called in license plate and car description at time of crime, which he saw through binoculars.  (Note: Mr. Webb moved to France, but was deposed by the parties prior to the 1999 scheduled retrial)

Arian White
3149 East Desert Inn, Apt. 37
Las Vegas, NV 89121
(702)699-7030

    Coach White's wife.  Alibi witness.  Got an Article 66 subpoena from Roger Jordan to report on October 12, 1995 at 2 pm to Harry Connick's office.

Coach Eric White
3149 East Desert Inn, Apt. 37
Las Vegas, NV 89121
(702)699-7030

    Alibi witness.  Witness to prosecutorial misconduct/coercion of witnesses.

### Police officers

    The following police officers may be called as witnesses:

Det. Pete Bowen
First District, NOPD
501 N. Rampart
NOLA

    Took Babin's statement at scene.

Bruce Glaudi, Unit 807
NOPD, Fourth District
1348 Richland
Algiers, LA
504/364-4000

    Initially in charge of Gerardi investigation.

Matt Jenkins, ISB desk Person
NOPD
NOLA

Received anonymous crime stopper tip on 3/24/95 form caller stating he had overheard Shareef telling another he shot and killed a white man coming out of Port of Call. (41).

Det. Michael Mims, Unit 3448
Sixth District NOPD
2500 Felicity
NOLA

Handled the Gerardi murder case until 3/13/95. Arrested Antonio Harper and Derrick Smith. Taken off the case on 3/13 and substituted with Det. Small.

### Witnesses who may be called on the facts of the Case

The following witnesses will probably only be called by the Plaintiff if the Defendants plan to argue that Plaintiff is actually guilty of the death of Michael Gerardi:

William Bertrand
1025 Ursuline
NOLA 70116
586-0322

March 2, 1995, at 22:05, Saw an early model maroon, 4-door Toyota or Honda, occupied by 3 or 4 black males, driving very slowly around Gov. Nichols street.

Alicia Cousin
2515 Eagle
NOLA 70118
866-5168 (home phone)
794-8680 (pager)

Shareef Cousin's sister who was at the house earlier on the night of the murder.

Lillie Cousin
2515 Eagle
NOLA 70118
866-5168
504/794-8680 beep

      Shareef Cousin's sister; she was home (visiting from Dallas) when Shareef returned from the ball game and saw him take a bath, talk on phone.

Rashad Cousin
w/Beverly in Mass
508/853-1114 (cleaners)

      Shareef Cousin's younger, full brother. Was home when Shareef returned from game and knows he never left house after that.

Arnold Moore
2721 N. Derbigny St
NOLA
948-4166

      Alibi Witness. He video taped the hoop game.

### Witnesses on Trauma to Shareef

The following witnesses would potentially be called on the issue of trauma to Plaintiff as a result of having to face the death penalty for almost four years:

Beverly Cousin
220 Edgebrook
Boylston, MA 01505

      Shareef Cousin's mother.

Ellis Cropper
7 East Mountain St.
Worcester, MA 01606
508/853-1114

      Shareef Cousin's older half-brother.

Tonya Cropper
2708 Barlow Court
Plano, TX 75025
972/359-9404 or 9403

      Shareef Cousin's sister.

Dr. Roz Cropper

1415 South Parkway East
Memphis, TN 38106
800/367-8312 (work
901/853-2291 (office)

    Shareef Cousin's aunt.

## Witnesses only likely to be
## called to support impeached witnesses

Sonny Armond
401 Whitney Avenue Suite 403
Gretna, LA 70056
504/367-1099

    A witness to the various statements by FBI Agent Stan Haddon regarding corruption by Anthony Small.

## TRIAL EXHIBITS

The following shall be the Plaintiff's exhibits at the trial of this matter:

1. Complete copy of NOPD file. (PRA 001-422)

2. Complete copy of DA's file.

3. Times-Picayune (NORD 13053-60)

4. Times-Picayune (NORD 13110, 13113)

5. NOPD Procedures Manual

6. NOPD Homicide Investigation Procedure Memorandum (7519-24)

7. Crimestoppers Letter (June 11, 1996) (12287)

8. Small Public Integrity Division File.

9. Small Civil Service Record (417-513)

10. Small Public Service Commission Record (9612-913)

11. Baton Rouge Advocate articles (10468-77)

12. Louisiana Weekly articles (10698A-724)

13. Videotape of the Basketball Game on March 2, 1995.

14. Videotaped deposition of Jonathan Webb (plus transcript)

Various exhibits will only be used if the Defendants seek to assert that Plaintiff may have actually committed the crime, despite their dismissal of the charges against him. These exhibits would include, but not be limited to, the following:

15. *James Rowell v. George Simno et al.*, No. 98-1142-(B)(2) (7128-207)

16. Any aspect of the 1996 trial transcript, the 1996 post-trial proceedings, and the 1998 retrial proceedings in *State of Louisiana v. Cousin*

Additional exhibits may be necessary depending on what the Defendants' witnesses testify and depending on the discovery provided by the Defendants. Plaintiff reserves the right to amend this notice as necessary in this regard.

Done this 31st day of January 2001.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing pleading upon the following by United States, first-class mail, postage prepaid:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 31st day of January, 2001.

Clive A. Stafford Smith