```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 JAN 30  PM 4: 07

               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION 00-0069 |
| Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, ET AL | * | JURY TRIAL |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE ORIGINAL AFFIDAVIT OF HARRY F. CONNICK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, comes the District Attorney Defendants, Harry Connick, et al and move the court for permission to file the attached original affidavit of Harry Connick, a facsimile of which was originally filed with the Motion for Summary Judgment, because of the fact that Harry Connick was out of the state of Louisiana at the time that he executed the facsimile copy. He has since returned and the attached original is the identical affidavit that he executed and had faxed to his counsel.

```
DATE OF ENTRY
FEB  1 2001
```

Respectfully submitted,

**WESSEL & ASSOCIATES
A LAW CORPORATION**

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for Harry F. Connick

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this 29 day of January 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

## ORDER

Consider the foregoing,

IT IS ORDERED, that the attached original affidavit of Harry F. Connick be filed into the record in support of the District Attorney Defendants Motion for Summary Judgment.

_____
DISTRICT JUDGE