

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 30 PM 4: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

*************************************************

## MOTION OF TO FILE REPLY MEMORANDUM ON BEHALF OF DEFENDANTS CONNICK, BERRY, JORDAN, AND KENNEDY

NOW INTO COURT, comes the defendants, Connick, Berry, Jordan and

Kennedy, and move the Court for permission to file the attached Reply Memorandum to

the Plaintiff's Memorandum that was filed on January 29, 2001 in order to address the

issues raised therein which defendants' counsel believes will aid the Court in the

disposition of the matter.

Respectfully submitted,

**Wessel & Associates**
**A Law Corporation**

WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130

DATE OF ENTRY

FEB 1 2001

Fee
Process
X Ckrd
CtRmDep
Doc.No.

Telephone (504) 568-1112
Facsimile   (504) 568-1208
Attorney for the Defendants, Kennedy,
Berry, Jordan and Connick

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleadings has been served upon

counsel for all parties by facsimile and upon Clive Stafford Smith, Esq., by hand, and

upon George Wallace, Esq., and Kern Reese, Esq., by United States Mail, properly

addressed and postage prepaid this 30th day of January 30, 2001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN,                    *        CIVIL ACTION #00-0069
                 Plaintiff         *
                                   *
versus                             *        SECTION "R"/MAG. 2
                                   *
                                   *
ANTHONY SMALL, et al               *        JURY TRIAL
                 Defendants        *
***********************************************

# ORDER

Considering the foregoing,

Let the Reply Memorandum of the District Attorney defendants, Connick, Berry,

Kennedy and Jordan, be filed.

_Sarah Vance_

UNITED STATES DISTRICT JUDGE