```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2001 FEB -5  AM 11:42

                                    LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN | CIVIL ACTION |
| VERSUS | NO. 00-69 |
| ANTHONY SMALL ET AL. | SECTION "R" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **February 23, 2001 at 10:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **February 22, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this _2d_ day of February, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. SARAH S. VANCE

DATE OF ENTRY
FEB 5 2001