FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 3:33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | |
| versus | * | NO. 00-0069 |
| | * | |
| ANTHONY SMALL, ET AL | * | |
|     Defendants | * | SECTION "R", MAG. 2 |

### RULE 30 MOTION TO TAKE
### DEPOSITION OF PLAINTIFF-PRISONER

NOW COME, the DA-defendants, through their undersigned counsel and move for leave of court pursuant to Rule 30(a) (2) in order to take the deposition of the plaintiff, Shareef Cousin, on February 8, 2001 at 10:30 a.m. in the Washington Correctional Institute located at Bogalusa, Louisiana for discovery purposes. Plaintiff is incarcerated at hard labor by reason of a conviction in Criminal District Court for Orleans Parish, for armed robberies serving a twenty year sentence. The Counsel for the plaintiff and counsel for the defendant as well as the prison personnel at Washington Correctional Institute, Louisiana State Penitentiary have agreed upon the date and time for the taking of the deposition of the plaintiff in the prison.

DATE OF ENTRY
FEB 8 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

Counsel for the defendant, City of New Orleans and the defendant police officers, Small, Burns and Deal have also been notified of the time and place of the deposition and have no objection to same.

Respectfully submitted,

**WESSEL & ASSOCIATES
A LAW CORPORATION**

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for defendants, Berry, Connick Jordan and Kennedy.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this 5 day of February 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | |
| versus | * | NO. 00-0069 |
| | * | |
| ANTHONY SMALL, ET AL | * | |
| Defendants | * | SECTION "R", MAG. 2 |

## ORDER

Considering the foregoing:

IT IS ORDERED, the deposition of the plaintiff Shareef Cousin, be taken at the Washington Correctional Institute on February 8, 2001 at 10:30 a.m. or at any time or date thereafter that the Parties and the Administrators of LSP-WCI agree upon.

_____
MAGISTRATE JUDGE