

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R"/MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

*******************************************

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

NOW INTO COURT, come the defendants, Berry, Jordan and Connick, through undersigned counsel and move this court to grant leave to file the attached Supplemental Memorandum in Support of the Motion to Dismiss, or, Alternatively, for Summary Judgment. The Court previously extended the delay for the plaintiff to respond to the defendants' Motion to

1

Dismiss, etc., until February 14, 2001 at which time the plaintiff did respond. A reply by the defendants will aid the Court in analyzing the issues.

Respectfully submitted,

**WESSEL & ASSOCIATES**
**A LAW CORPORATION**

_____/s/ Victoria L. Bartels_____
WILLIAM F. WESSEL (#8551)
VICTORIA L. BARTELS (2791)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for the defendants, Connick, Berry and Jordan

## ORDER

Considering the foregoing,

IT IS ORDERED that the Ex Parte Motion for Leave to File Supplemental Memorandum in Support of Motion to Dismiss, or, Alternatively, for Summary Judgment be granted.

New Orleans, Louisiana this 22nd day of February, 2001.

_____/s/ Sarah Vance_____
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by United States mail, properly addressed and postage prepaid this 21st day of February, 2001.

_____/s/ Victoria L. Bartels_____

2