```
                                        FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 FEB 22  PM 4: 33

                                     LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R" /MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**DEFENDANTS', JORDAN, BERRY AND CONNICK,
OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

NOW INTO COURT, come the prosecutor defendants, Harry Connick, Sr., Byron Berry and Roger Jordan, and object to the First Set of Interrogatories to the defendants, Jordan, Berry and Connick, filed by the plaintiff herein for the following reasons:

1. Including subparts, the plaintiff is restricted to propounding twenty-five interrogatories. The interrogatories propounded by the plaintiff have numerous subparts which go beyond the twenty-five interrogatories permitted by the rules;

2. The discovery deadline herein was established by the court as February 13, 2001. The interrogatories were propounded on January 25, 2001, and the responses are not due until February 25, 2001 which is beyond the discovery cutoff date; and

3. No extension of the discovery cutoff date was sought or obtained by the plaintiff; therefore the defendants are not obligated to respond to the untimely interrogatories.

For the above and foregoing reasons, Plaintiff's First Set of Interrogatories to the defendants, Berry, Connick and Jordan, should be disregarded.

Respectfully submitted,

WESSEL & ASSOCIATES
A LAW CORPORATION

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for Defendants, Berry, Connick and Jordan

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this 22 day of February, 2001.

_____