

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN | * | CIVIL ACTION #00-0069 |
|     Plaintiff | * | |
| | * | |
| versus | * | SECTION "R" /MAG. 2 |
| | * | |
| | * | |
| ANTHONY SMALL, et al | * | JURY TRIAL |
|     Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS', JORDAN, BERRY AND CONNICK, OBJECTIONS TO REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, come the prosecutor defendants, Harry Connick, Sr., Byron Berry and Roger Jordan, and object to the Request for Production of Documents filed by the plaintiff herein for the following reasons:

1. The discovery cutoff deadline was set for February 13, 2001 and it has not been extended by the court; and,

2. The Request for Production of Documents was filed on February 8, 2001 and the responses would normally be due on March 10, 2001.



For the above and foregoing reasons, the Request for Production of Documents should be disregarded.

Respectfully submitted,

**WESSEL & ASSOCIATES
A LAW CORPORATION**

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for Defendants, Berry, Connick and Jordan

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this 22 day of February, 2001.

_____