FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 22 PM 4:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN<br>    Plaintiff | * | CIVIL ACTION #00-0069 |
| versus | * | SECTION "R" /MAG. 2 |
| ANTHONY SMALL, et al<br>    Defendants | * | JURY TRIAL |

### DEFENDANTS', JORDAN, BERRY AND CONNICK, OBJECTIONS TO PLAINTIFF'S REQUEST FOR ADMISSIONS

NOW INTO COURT, come the prosecutor defendants, Harry Connick, Sr., Byron Berry and Roger Jordan, and object to the Request for Admissions to the defendants, Jordan, Berry and Connick, filed by the plaintiff herein and served and received by the counsel for the defendants on February 15, 2001, for the following reasons:

1. The Request for Admissions does not designate which defendants are to respond; and,

2. The discovery cutoff that was set by the court was February 13, 2001 and no request for an extension of that discovery cutoff was requested by the plaintiff or anyone else and the Request for Admissions was

mailed on February 14, 2001, and received on February 15, 2001; both dates after the discovery cutoff.

WHEREFORE, these objections to the Request for Admissions should be maintained.

Respectfully submitted,

**WESSEL & ASSOCIATES
A LAW CORPORATION**

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for Defendants, Berry, Connick and Jordan

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing and faxing same to each by First Class United States Mail, properly addressed and postage prepaid on this ___ day of February, 2001.

_____