

```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 FEB 28  AM 11:51

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
VANCE, J.
February 23, 2001

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN | CIVIL ACTION |
| VERSUS | NO. 00-069 |
| ANTHONY SMALL, ET AL. | SECTION "R" |

The pretrial conference presently scheduled in this matter to be held Friday, March 15, 2001, at 4:00 p.m. is hereby RESCHEDULED to be held on Tuesday, March 13, 2001, at 2:30 p.m. The pretrial order will be due by 4:30 p.m. on Friday, March 9, 2001.

- - - - - - - - - - - - - SSV

DATE OF ENTRY
FEB 2 8 2001

```
___Fee_____
___Process_____
_X_ Dktd     CH
___CtRmDep___
       Doc.No. 50
```