FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -7 PM 2: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN,

    Plaintiff,

v.

ANTHONY SMALL, DWIGHT DEAL and
PATRICK JOHNSON, NOPD Officers,
along with BYRON BERRY, also
ROGER JORDAN & GREG KENNEDY,
individually and in their
capacities as senior Assistant
District Attorneys,
HARRY CONNICK, individually and
in his capacity as District
Attorney for Orleans Parish,
RICHARD PENNINGTON, in his
capacity as Superintendent, New
Orleans Police Department, the
CITY OF NEW ORLEANS, & JOHN DOE,
an unknown Officer of the New
Orleans Police Department,

    Defendants.

Civil No. 00-0069
Section R Mag. 2
CIVIL RIGHTS under 42 U.S.C.
§§ 1983, 1985, 1986 & 1988

*JURY TRIAL*

## PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING
## ON PLAINTIFF'S VARIOUS MOTIONS TO COMPEL DISCOVERY
## AND RESPONSES TO REQUEST FOR ADMISSIONS

COMES NOW, the Plaintiff, and moves that this Court grant Plaintiff an expedited hearing on the following motions:

    1. Plaintiff's Motion to Compel Responses to Interrogatories Or, In the Alternative, to Allow "Late" Discovery (& Memo), and

    2. Motion to Compel Production of Documents, or in the Alternative to Allow "Late" Discovery (& Memo)

1

DATE OF ENTRY
MAR 9 2001

In support of his motion, Plaintiff states as follows:

A. The next available Motions Day for this court is March 28, 2001 at 10:00 a.m., which is two days after the trial in this matter is set to begin. **(Exhibit A–Court's Motions Day Calender & Exhibit B–** 2 Pages from this Court's Notice of Orders or Judgments)

B. It is imperative that the above listed motions be heard and ruled on prior to the trial, so that all parties (Defendants and Plaintiff) may be sufficiently prepared for the trial with discovery in this matter.

C. Opposing counsel has informed Plaintiff that he intends to object to said motions during Plaintiff's failed good faith attempt to resolve the issues amicably after having conferred with opposing counsel.

D. Further, if Plaintiff were forced to accept the March 28th, 2001 date, Plaintiff would be forced to put on motions on possibly the third day of trial, which could potentially complicate this already complex litigation.

## CONCLUSION

Wherefore, Plaintiff respectfully moves that this court grant an expedited hearing on Plaintiff's Motions To Compel Production of Documents and Compel Responses to Interrogatories.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

## Certificate of Service

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 6th day of March, 2001.

_____
Clive A. Stafford Smith

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN,<br>        Plaintiff,<br><br>v.<br><br>ANTHONY SMALL, *et al.*<br>        Defendants. | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988 |

## ORDER

On, *Plaintiff's Motion For An Expedited Hearing On Plaintiff's Motions To Compel Production of documents and Responses to Interrogatories* being duly apprised of the premises, it is hereby ORDERED that the motion be GRANTED *defendants must file their written opposition, if any, no later than March 12, 2001*.

Done this ___ day of _March_, 2001.

_____
, JUDGE, UNITED STATES DISTRICT COURT

4

EXHIBIT

A

# U.S. District Court
# Eastern District of Louisiana

### R - Judge Sarah S. Vance
### Motion Hearing Dates

These dates are subject to change
up to the time the motion is filed.
**Civil - 10:00 AM     Criminal - 9:30 AM**

March 28, 2001
April 11, 2001
April 25, 2001
May 9, 2001
May 23, 2001
June 6, 2001
June 20, 2001
July 11, 2001
July 25, 2001
August 8, 2001
August 22, 2001
September 5, 2001
September 19, 2001
October 3, 2001
October 17, 2001
October 31, 2001
November 14, 2001
November 28, 2001
December 12, 2001
December 26, 2001

| SECTION | DISTRICT JUDGES |
|---|---|
| A | Charles Schwartz, Jr. |
| B | Ivan L. R. Lemelle |
| C | Ginger Berrigan |
| D | A. J. McNamara, Chief Judge |
| E | Marcel Livaudais, Jr. |
| F | Martin L. C. Feldman |
| G | Morey L. Sear |
| H | Adrian G. Duplantier |
| I | Henry A. Mentz, Jr. |
| J | Carl J. Barbier |
| K | Stanwood R. Duval, Jr. |
| L | Eldon E. Fallon |
| M | Peter Beer |
| N | Edith Brown Clement |
| **R** | **Sarah S. Vance** |
| S | Mary Ann Vial Lemmon |
| T | G. Thomas Porteous |
| EJB | Edward J. Boyle, Sr. |
| LLM | Lansing L. Mitchell |
| FJH | Frederick J. R. Heebe |
| **DIVISION** | **MAGISTRATE JUDGES** |
| 1 | Sally Shushan |
| 2 | Joseph C. Wilkinson, Jr. |
| 3 | Lance M. Africk |
| 4 | Karen Wells Roby |
| 5 | Alma L. Chasez |
| 6 | Louis Moore, Jr. |

Questions or Comments.
Last updated on: February 28, 2001 9:13AM



# United States District Court
## Eastern District of Louisiana



### Notice of Orders or Judgments
Fed. R. Civ. P. 77(d)
Fed. R. Crim. P. 49(c)

Date: 08/31/00

To: Clive Adrian Stafford-Smith
Louisiana Crisis Assistance Center
636 Baronne St.
New Orleans, LA 70113

Re: Case Number: 2:00-cv-00069    Document Number: 17

If this fax cannot be delivered as addressed,
please call (504) 589-7654.

Number of pages including cover sheet: 16

Please visit our Web site at www.laed.uscourts.gov
Motion dates are now available on our web site.

IT IS ORDERED THAT COUNSEL FOR THE PLAINTIFF CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD WITHIN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.

This case may involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

A Final Pretrial Conference will be held on **MARCH 15, 2001, at 4:00 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL**

Trial will commence the week beginning, **MONDAY, MARCH 26, 2001, at 8:30 a.m.** before the District Judge with a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last not more than five days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

3