UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -7 PM 3:01

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SHAREEF COUSIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 00-0069 |
| | ) Section R Mag. 2 |
| ANTHONY SMALL, *et al.* | ) CIVIL RIGHTS under 42 U.S.C. |
| | ) §§ 1983, 1985, 1986 & 1988 |
| Defendants. | ) |

## MOTION FOR DISMISSAL AS TO DWIGHT DEAL

COMES NOW, Plaintiff, Shareef Cousin, and with no objection from the defendants moves to dismiss all claims in the above case against Detective Dwight Deal, with each party bearing their own costs.

Respectfully Submitted,

_____
CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

DATE OF ENTRY
MAR 1 2 2001

1

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing pleading upon the following by mail:

Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

      Done this 6th day of March, 2001.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>ANTHONY SMALL, *et al.* )<br>)<br>Defendants. )<br>_____ ) | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988 |

## ORDER

On Plaintiff's unopposed *Motion for Dismissal as to Dwight Deal*, it is hereby ORDERED that Dwight Deal is dismissed from all claims in connection with the above case, with each party to bear their own costs.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE