

MINUTE ENTRY
WILKINSON, M. J.
MARCH 14, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN | CIVIL ACTION |
| VERSUS | NO. 00-69 |
| ANTHONY SMALL ET AL. | SECTION "R" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   (1)   Plaintiff's Motion to Compel Responses to Interrogatories or, in the Alternative, to Allow Late Discovery;
   (2)   Plaintiff's Motion to Compel Production of Documents or, in the Alternative, to Allow Late Discovery

O R D E R E D:

 (1), (2) : DENIED. This discovery was submitted to defendants in an untimely and dilatory fashion. The court's scheduling order entered pursuant to Fed. R. Civ. P. 16 provides that "all discovery shall be <u>completed</u> no later than 30 days prior to the Final Pretrial Conference date." Record Doc. No. 17 at p.2 (emphasis added). Such scheduling orders may be amended only "upon a showing of good cause." Fed. R. Civ. P. 16(b). "Completed" means completed, not commenced or submitted. The Federal Rules of Civil Procedure provide for a 30-day period during which recipients of discovery may respond



and/or object to interrogatories and requests for production. Fed. R. Civ. P. 33(b)(3) and 34(b). Although this case has been pending in this court for more than a year, plaintiff delayed without good cause in submitting the subject interrogatories and requests for production until less than 30 days remained before the discovery deadline. In addition, plaintiff's interrogatories, including all discrete sub-parts, exceed the limit imposed by Fed. R. Civ. P. 33(a), and plaintiff did not obtain leave of court before exceeding the limit, as required by the rule. For all of the foregoing reasons, plaintiff's motions are denied.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE