```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2001 MAR 19  A 9 42

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
VANCE, J.
MARCH 19, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN | CIVIL ACTION |
| VERSUS | NO: 00-69 |
| ANTHONY SMALL, ET AL. | SECTION: "R"(2) |

    The jury trial in the above captioned matter set for March 26, 2001 is hereby CONTINUED and rescheduled for June 18, 2001. A final pretrial conference is scheduled for June 5, 2001 at 3:30 p.m. Motions in limine are due by May 21, 2001, and oppositions to these motions in limine are due by May 29, 2001.

    New Orleans, Louisiana, this 19th day of March, 2001.

                              _____
                                  SARAH S. VANCE
                      UNITED STATES DISTRICT COURT

DATE OF ENTRY
MAR 1 9 2001

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.