

```
                                                    FILED
                                               U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                               2001 MAR 20  PM 3: 23
```

UNITED STATES DISTRICT COURT      LORETTA G. WHYTE
                                         CLERK
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| SHAREEF COUSIN, | * | CIVIL ACTION 00-0069 |
| Plaintiff | * |  |
|  |  | SECTION "R" /MAG.2 |
| versus | * |  |
|  |  | JURY TRIAL |
| ANTHONY SMALL, ET AL | * |  |
| Defendants |  |  |

### MOTION TO WITHDRAW

**NOW INTO COURT,** comes Kern A. Reese, attorney for plaintiff, who respectfully requests the court for permission to withdraw his name as co-counsel in the above captioned matter due to a perceived conflict as he may be called as a witness in this matter. Clive Stafford Smith, co-counsel of record, will continue to represent the plaintiff in this matter.

WHEREFORE, mover prays that his name be withdrawn as co-counsel of record herein.

Respectfully submitted,

_____
KERN A. REESE LSB#11143
1433 N. Claiborne Ave.
New Orleans, La. 70116
(504) 944-1894

DATE OF ENTRY
MAR 2 2 2001



## ORDER

After considering the above motion,

IT IS HEREBY ORDERED that Kern A. Reese is granted permission to withdraw as co-counsel in the matter of titled " Shareef Cousin versus Anthony Small, et al" on this 22nd day of March, 2001.

New Orleans, Louisiana

_____
JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by mailing a copy in U.S. Mail, postage prepaid, this 19th day of March, 2001.

_____
Kern A. Reese