FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 30 PM 5: 01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAREEF COUSIN, <br>     Plaintiff | * <br> * <br> * | CIVIL ACTION 00-0069 <br><br> SECTION "R" MAG. 2 |
| versus | * <br> * | <br> JURY TRIAL |
| ANTHONY SMALL, ET AL <br>     Defendants | * <br> * <br> * | |

\* \* \* \* \* \* \* \*

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

NOW INTO COURT comes the District Attorney defendants in this case and oppose the plaintiff's Motion in Limine to bar any evidence contesting the illegality of the arrest warrant.

This motion should fall on its own allegations. At paragraph 8, page 4, the plaintiff points out that the Court of Appeals allowed evidence to come in on the murder arrest warrant because of the fact that there were two warrants, one for the murder case and one for the armed robbery cases, and the evidence was identical in connection with the execution of both warrants. It seems that the plaintiff's position in this matter is that there are numerous credibility issues surrounding the witnesses who testified in the initial trial for murder, and that there are contradictions in the witnesses' testimony and in the conclusions drawn by the police when they obtained the arrest warrant.

Fee_____
Process____
X Dktd_____
_ CtRmDep__
Doc.No.____

These issues do not address the thrust of this civil rights lawsuit against the District Attorney defendants. The District Attorney defendants are somehow accused of violating the plaintiff's constitutional rights by reason of the actions they took during the murder trial. It has been pointed out that the District Attorney defendants enjoy immunity from claims under the Civil Rights Act for actions taken by them as prosecutors. Not only did the District Attorney defendants rely upon the arrest warrants, but they additionally relied upon the indictment of a grand jury against the plaintiff in order to prosecute the case. Since a magistrate, on application by the police, issued the arrest warrant, the District Attorney defendants were entitled to rely upon same in their prosecutorial efforts, and they were also entitled to rely upon the indictment of the grand jury.

For the foregoing reasons, the plaintiff's Motion in Limine to Bar Evidence Contesting Illegality of Arrest Warrant should be denied or at least the ruling should be reserved until such time that the issue may come up at trial.

Respectfully submitted,

WESSEL & ASSOCIATES
A LAW CORPORATION

_____
WILLIAM F. WESSEL (#8551)
127 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1112
Attorney for District Attorney Defendants
Harry Connick, et al

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding, by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this 30th day of May, 2001.

_____