FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -5 AM 10: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN, )
)
            Plaintiff, )
)
v. )   Civil No. 00-0069
)   Section R Mag. 2
ANTHONY SMALL et al. )   CIVIL RIGHTS under 42 U.S.C.
)
            Defendants. )
_____)

**PLAINTIFF'S NOTICE OF INTENT IMMEDIATELY
TO APPEAL SUMMARY JUDGMENT ENTERED IN
FAVOR OF THE "PROSECUTOR DEFENDANTS"
AND MOTION TO STAY PROCEEDINGS IN
THE INTERESTS OF JUDICIAL ECONOMY**

COMES NOW, the Plaintiff, and files his notice of appeal with respect to this Court's *Order and Reasons (entered June 4, 2001)*, dismissing the "prosecutor defendants"[1] as parties to this lawsuit. Further, in the interests of justice, the Plaintiff moves that this Court hold in abeyance the proceedings against the remaining "police defendants"[2] pending disposition of this appeal.[3]

1. Plaintiff hereby gives notice of his intent immediately to appeal the Court's *Order and*

---

[1] Defendants Connick, Jordan and Berry are jointly referred to as the "prosecutor defendants".

[2] Defendants Small and Johnson are jointly referred to as the "police defendants."

[3] Plaintiff only received the Court's order at the end of the day on June 4, 2001, and wishes to file this motion prior to the scheduled pre-trial conference scheduled for today at 3:30 p.m., since it might radically shorten the time this Court must expend on the case if the parties all agree to put off the trial. However, as a result of Plaintiff's urgency in filing the motion, Plaintiff has not been able to contact counsel for the "police defendants" to determine his position on the motion prior to filing it, but will ascertain that position prior to the conference.

1

DATE OF ENTRY

JUN 6 2001

*Reasons (entered June 4, 2001)*, dismissing the "prosecutor defendants" as parties to this lawsuit.

2. Plaintiff simultaneously moves this Court, in the interests of justice and judicial economy, to stay other proceedings pending disposition of the appeal. Plaintiff's case against the various parties is inter-related, to a great extent, and it makes little sense to proceed against the "police defendants" if there is a chance that the "prosecutor defendants" will later be the subject of another, very similar trial.

## CONCLUSION

Wherefore, Plaintiff respectfully files his notice of appeal, and moves that this Court stay proceedings pending the disposition of this appeal.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Plaintiff

## Certificate of Service

I hereby certify that I have served a copy of the foregoing pleading upon the following by mail and fax:

Albert Thibodeaux / George Wallace
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

Done this 5th day of June, 2001.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN,<br>　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY SMALL, *et al.*<br>　　　　　Defendants. | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988 |

## ORDER

On *Plaintiff's Notice of Intent Immediately to Appeal Summary Judgment Entered in Favor of the "Prosecutor Defendants" and Motion to Stay Proceedings in The Interests of Judicial Economy*, being duly apprised of the premises, it is hereby ORDERED that the motion be GRANTED.

Done this 5th day of June, 2001.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE