

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 11  PM 12: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAREEF COUSIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0069** |
| **ANTHONY SMALL, ET AL.** | **SECTION "R" (2)** |

### DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come defendants, Anthony Small, who submit the following list of witnesses and exhibits for the trial in the above captioned matter.

### WITNESS LIST

1. Anthony R. Small
2. Dwight Deal
3. Patrick Johnson
4. Chief Richard J. Pennington
5. Byron Berry
6. Roger Jordan
7. Greg Kennedy
8. Connie Babin
9. Alphonso Larkins



10. William Tierney

11. Michael Mims

12. Pete Bowen

13. Richard C. Rochester, II

14. Nicole Longchamp

15. Archie Kaufman

16. Eric Hessler

17. Karina Sanchez

18. Tina Floreskul

19. Gita Pinto

20. Anthony Caprera

21. Norbert Zenon

22. James Tanner

23. Salvador Girardi

24. Dianne Gerardi

25. James Price

26. Chad Stokes

27. Charles Robert

28. The Records' Custodian or a representative thereof, from the Orleans Parish Criminal Clerk's Office.

29. Any and all witnesses liste and/or called by any other party.

30. Defendants reserve their right to amend and/or supplement their witness list as the litigation progresses.

## EXHIBIT LIST

1. Supplemental police reports generated under Item No. C-3503-95.

2. Shareef Cousin's Motion arrest history.

3. Orleans Parish Criminal Sheriff's Officer register regarding the arrest, booking, incarceration and release of Shareef Cousin for the murder of Alfred Michael Gerardi on or about March 2, 1995.

4. Minute Entries, Case No. 376-479 (14:30), Criminal District Court, State v. Cousin.

5. Minute Entries, Case No. 377-134, 375-893, Criminal District Court, State v. Cousin (14:64).

6. Initial Police Incident Report arising out of the arrest of Cousin in Case No. 376-479, Criminal District Court.

7. Statement of Connie Babin given on March 5, 1995.

8. Plea of Guilty forms for armed robbery cases (4) dated September 28, 1995, Case No. 377-134, 375-893.

9. Confession of Shareef Cousin on armed robberies.

10. Grand Jury Indictment for Murder, May 25, 1995.

Respectfully submitted,

*/s/ George C. Wallace/*
GEORGE C. WALLACE, #19202
Deputy City Attorney
1300 Perdido Street - Rm. 5E03
New Orleans, Louisiana 70112
Telephone:   (504)   565-6200

> FRANZ L. ZIBILICH
> Chief Deputy City Attorney
>
> MAVIS S. EARLY
> City Attorney

## CERTIFICATE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 14th day of June, 2001.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE C. WALLACE