FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 15 PM 12: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 00-0069 |
| | ) Section R Mag. 2 |
| ANTHONY SMALL and | ) CIVIL RIGHTS under 42 U.S.C. |
| PATRICK JOHNSON, NOPD Officers, | ) §§ 1983, 1985, 1986 & 1988 |
| along with BYRON BERRY, also | ) |
| ROGER JORDAN & GREG KENNEDY, | ) |
| individually and in their | ) |
| capacities as senior Assistant | ) |
| District Attorneys, | ) |
| HARRY CONNICK, individually and | ) |
| in his capacity as District | ) |
| Attorney for Orleans Parish, the | ) |
| CITY OF NEW ORLEANS, & JOHN DOE, | ) |
| an unknown Officer of the New | ) |
| Orleans Police Department, | ) JURY TRIAL |
| | ) |
| Defendants. | ) |

### APPELLANT'S DESIGNATION OF RECORD ON APPEAL

COMES NOW, Plaintiff-Appellant, and in compliance with Rule 10 (c) of the Federal Rules of Appellate Procedure, files this Statement of the Evidence or Proceeding which has led to the instant Appeal, since a transcript is unavailable. Appellant submits the following to wit:

1. Appellant's Civil Complaint, which demonstrates that genuine issues of material facts exists, as to Defendant/Appellee Prosecutor's knowingly, intentionally, without due regard for the judicial process and the limitations on their functions as Prosecutors, acted outside the sphere of legitimate prosecutorial activity.

2. Appellee's Motion for a More Definite Statement before filing Responsive

1

      Pleadings, Motion to Strike Certain Portions of Appellant's Complaint and Motion to Dismiss.

3. The Order of the District Court Denying Appellee's Motions in number (2) above with the written reasons, whereby the Court found that the Defendants had failed to show that Appellant could not prove "any facts in support of his various challenged claims that would entitle him to relief."

4. Appellee's Motion to Dismiss, or in the Alternative for Summary Judgment (with appendices).

5. Appellant's Memorandum in Reply to the Motion to Dismiss or Alternatively for Summary Judgment Filed by Defendants Connick, Kennedy, Berry & Jordan (with appendices).

6. Appellee's Motion for Leave to File Supplemental Memorandum in Support of Motion to Dismiss, or Alternatively, for Summary Judgment.

7. Appellant's Supplemental Reply to the Motion to Dismiss or Alternatively for Summary Judgment filed by Defendant's Connick, Kennedy, Berry and Jordan (with appendices).

8. The Pre-trial Order of March 2001, which lists uncontested material facts as well as contested issues of fact, as agreed to by the parties to this Appeal.

9. The Order of the Court granting the Defendant Prosecutors' Motion for Summary judgment.

10. The Order of the Court granting the immediate appeal.

Respectfully submitted,

---
Clive A. Stafford Smith
La. Bar. No. 14444
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing designation of record has been served upon:

George Wallace
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

by mailing the same via First Class U.S. Mail, properly addressed and postage prepaid on this 15th day of June, 2001.

---
Clive A. Stafford Smith