UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 JUN 14 P 2:52

                              LORETTA G. WHYTE
                                    CLERK
```

| | |
|---|---|
| SHAREEF COUSIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY SMALL, and )<br>  PATRICK JOHNSON, NOPD Officers, )<br>  along with BYRON BERRY & )<br>  ROGER JORDAN )<br>  individually and in their )<br>  capacities as senior Assistant )<br>  District Attorneys, )<br>  HARRY CONNICK, individually and )<br>  in his capacity as District )<br>  Attorney for Orleans Parish, the )<br>  CITY OF NEW ORLEANS, & JOHN DOE, )<br>  an unknown Officer of the New )<br>  Orleans Police Department, )<br>)<br>    Defendants. )<br>_____) | Civil No. 00-0069<br>Section R Mag. 2<br>CIVIL RIGHTS under 42 U.S.C.<br>§§ 1983, 1985, 1986 & 1988<br><br><br><br><br><br><br><br><br><br>*JURY TRIAL* |

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

COMES NOW, Petitioner, Shareef Cousin, who respectfully requests this Court's permission to Appeal In Forma Pauperis without prepayment of fees, costs or security under 28 USC Section 1915, and in support thereof states the following:

1.  Petitioner is unable to pay the costs of these proceedings as he is currently incarcerated in the Washington Correctional Institute, 27268 Hwy. 21, Angie, LA 70426.

2.  Petitioner's motion for leave to appeal in forma pauperis is filed in good faith.

3.  Petitioner is entitled to redress on appeal from the judgment of the district court



DATE OF ENTRY
JUN 18 2001

dismissing the defendant prosecutors from Petitioner's 42 USC section 1983 civil suit by granting defendant prosecutors' motion for summary judgment.

4. Petitioner, in compliance with 28 USC section 1915 has attached to this motion the following required documents:

  i) An affidavit which includes a statement of all Petitioner's assets, the nature of the appeal, and the belief that Petitioner is entitled to redress; **(EXHIBIT A)**

  ii) A certified copy/institutional equivalent statement of Petitioner's trust fund account over a period of 6 months immediately preceding the filing Petitioner's notice of appeal. **(EXHIBIT B)**

## CONCLUSION

Wherefore, Petitioner respectfully moves that this court grant his request for permission to proceed on appeal in forma pauperis.

Respectfully Submitted,

CLIVE A. STAFFORD SMITH
La. Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558-9867

Attorney for the Petitioner

2

## Certificate of Service

  I hereby certify that a copy of the foregoing motion has been served upon the following counsel via United States first-class mail, postage pre-paid:

George Wallace
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

  Done this 14th day of June, 2001.

_____
Clive A. Stafford Smith

*Exhibit A*

## AFFIDAVIT OF INDIGENCY

I, Shareef Cousin, being duly sworn, depose and say that I am the Petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; and that I believe I am entitled to relief.

I further swear that my responses to questions and instructions below are true.

1. Are you presently employed? Yes____ No ✓

    3. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no", state the date of your last employment and the amount of the salary and wages per month which you received.

    _____N/A_____

    iv) Have you received within the past twelve months any money from any of the following sources?

    |   | Yes | No |
    |---|---|---|
    | a. Business, profession or form of self-employment? | | ✓ |
    | b. Rent payments, interest or dividends? | | ✓ |
    | c. Pensions, annuities or life insurance payments? | | ✓ |
    | d. Gifts or inheritances? | | ✓ |
    | e. Any other sources? | ✓ | |

If the answer to any of the above is "yes", describe each source of income, and state the amount received from each during the past twelve months.

Family And friends

1

3. Do you own cash, or do you have any money in a checking or savings account? Yes ✓ No___ (Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓

If the answer is "yes", describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____N/A_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/11/01

_____
SHAREEF COUSIN

*Exhibit B*

## INSTITUTIONAL STATEMENT

2

I hereby authorize the Department of Corrections to withdraw from my savings account or drawing account such funds with may be necessary to pay court costs.

X *[signature]* #363553
Shareef Cousin
DOC # 363553

I hereby certify that Shareef Cousin has the sum of $ __81.83__ on account to his credit at the Penitentiary where he is confined. I further certify that he likewise has the following securities to his credit according to records of said institution:

__Washington Correctional__

_____

Dated: __6-11-01__

_____
Authorized Officer of Institution

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN, )
 )
         Plaintiff, )
 )
v. ) Civil No. 00-0069
 ) Section R Mag. 2
ANTHONY SMALL, and ) CIVIL RIGHTS under 42 U.S.C.
  PATRICK JOHNSON, NOPD Officers, ) §§ 1983, 1985, 1986 & 1988
  along with BYRON BERRY & )
  ROGER JORDAN )
  individually and in their )
  capacities as senior Assistant )
  District Attorneys, )
  HARRY CONNICK, individually and )
  in his capacity as District )
  Attorney for Orleans Parish, the )
  CITY OF NEW ORLEANS, & JOHN DOE, )
  an unknown Officer of the New )
  Orleans Police Department, ) *JURY TRIAL*
 )
         Defendants. )
 )

## ORDER

On Plaintiff-Appellant's *Motion for Leave to Appeal in Forma Pauperis*, being duly appraised of the premises, it is hereby ORDERED that Plaintiff-Appellant be permitted to appeal *in forma pauperis*.

June 18, 2001.

                                                                              SARAH VANCE,
                                                                              UNITED STATES DISTRICT JUDGE