IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SHAREEF COUSIN, )
)
Plaintiff, )
v. ) No. 2:00-CV-69-R
)
ANTHONY SMALL, *et al.*, )
)
Defendants. )

**MOTION FOR LEAVE TO FILE
PLAINTIFF'S REPLY MEMORANDUM
IN SUPPORT OF HIS MOTION FOR
ENTRY OF FINAL JUDGMENT NUNC PRO TUNC**

Comes now, Plaintiff, Shareef Cousin, by counsel, and respectfully moves that this Court grant leave for him to file his *Reply Memorandum in Support of His Motion For Entry of Final Judgment Nunc Pro Tunc*:

1. The original motion had been set for a hearing on January 9, 2002.

2. Defendants filed a response on December 31, 2001, which Plaintiff received on January 2, 2002. At that point, it was too late to file a response prior to the January 9, 2002 date, and Plaintiff elected to make his presentation to this Court at the hearing.

3. However, then this Court's office advised Plaintiff that the hearing would not be held on January 9, 2002. Plaintiff then felt it appropriate to respond in writing to Defendant.

DATE OF ENTRY
JAN 2 4 2002

For the foregoing reasons, Plaintiff respectfully requests this Court's leave to file the attached response.

Dated: 17th January, 2002.

Respectfully submitted,

_____
Clive A. Stafford-Smith
636 Baronne Street
New Orleans, LA 70113
Tel: (504) 558-9867
Fax: (504) 558-0378

Donald B. Verrilli, Jr.
JENNER & BLOCK, LLC
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel: (202) 639-6000
Fax: (202) 639-6066

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon:

George Wallace
Office of the City Attorney
1300 Perdido Street, 5th Floor East
New Orleans, La. 70112

William F. Wessel
127 Camp Street
New Orleans, La. 70130-2507

by mailing the same via First Class U.S. Mail, properly addressed and postage prepaid on this 17th day of January, 2002.

_____
Clive A. Stafford Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY SMALL, *et al.*, )<br>)<br>Defendants. )<br>) | No. 2:00-CV-69-R |

### ORDER

On Plaintiff's *Motion for Leave to File Plaintiff's Reply Memorandum in Support of His Motion For Entry of Final Judgment Nunc Pro Tunc*, being duly informed of the premises, it is hereby GRANTED, and the reply memorandum shall be filed.

Done this 24 day of January, 2002.

_____
JUDGE,
UNITED STATES DISTRICT COURT