
*Appeal*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 FEB -5  PM 3: 48
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAREEF COUSIN | CIVIL ACTION |
| VERSUS | NO. 00-69 |
| ANTHONY SMALLS, ET AL. | SECTION: R(2) |

### 54(b) JUDGMENT

Considering the order entered by the Court herein and the Court having found that there is no just reason for delay, and having directed the entry of final judgment, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Harry F. Connick, Roger W. Jordan, Jr., and C. Byron Berry, Jr., dismissing the plaintiff's complaint.

Judgment herein is a final judgment under the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 5th day of February, 2002.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 0 6 2002

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep___
___Doc.No.____